**Anthony Tyrone PAIGE,
Plaintiff–Appellant,**

v.

**Robert J. KUPEC, Warden and Others, Judith Winningham, Physician's Assistant, Defendants–Appellees.**

**No. 03–6722.**

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Anthony Tyrone Paige, Appellant pro se. Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore Maryland; Donald Joseph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Tyrone Paige appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Paige v. Kupec,* No. CA–02–3430–8–AW (D.Md. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*